| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Abdul Halim Sheikh | CHAPTER NO.:  11 |
| | CASE NO.: 2:09−bk−39652−AA |

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

**Pursuant to F.R.B.P. 1007, you must file the following documents within 15 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.**

**Schedule C**
**Schedule E**
**Schedule G**
**Schedule B**
**Schedule H**
**Statement – Form 22B**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**

**Even if the indicated document are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007, within 15 days after you filed the petition, **YOU MUST EITHER:**

(1)     File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

        Chapter 11     1 Original and 3 Copies

**OR**

(2)     File and serve a motion for an order extending the time to file the required document(s).

 IF YOU DO NOT COMPLY, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

**BY ORDER OF THE COURT**                                          **JON D. CERETTO, CLERK OF COURT**
Dated: <u>October 27, 2009</u>

                                                                                                           **By: <u>Terry Goins</u>**
                                                                                                            **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: tgoinsC              Page 1 of 1                  Date Rcvd: Oct 28, 2009
Case: 09-39652                Form ID: def               Total Noticed: 3

The following entities were noticed by first class mail on Oct 30, 2009.
db           +Abdul Halim Sheikh,    2733 Via Miguel,    Palos Verdes Estates, CA 90274-4480
aty          +Paul R Shankman,    21515 Hawthorne Blvd Ste 1150,    Torrance, CA 90503-6516
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2009**                **Signature:** _Joseph Speetjens_