1 | JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
2 | PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
3 | HANNA B. RAANAN (SBN 261014)
hraanan@jhindslaw.com
4 | LAW OFFICES OF JAMES ANDREW HINDS, JR.
21515 Hawthorne Blvd.
5 | Suite 1150
Torrance, California 90503
6 | Telephone: (310) 316-0500
Facsimile: (310) 792-5977
7 |
[Proposed] Attorneys for Abdul Halim Sheikh,
8 | Chapter 11 Debtor and Debtor in Possession

9 |

10 | **UNITED STATES BANKRUPTCY COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA**

12 | **LOS ANGELES DIVISION**

13 |

In re                                    ) CASE NO. 2:09-bk-39652-AA
                                         )
                                         ) (Chapter 11)
ABDUL HALIM SHEIKH,                      )
                                         ) **DEBTOR'S AMENDED LIST OF**
                                         ) **TWENTY LARGEST UNSECURED**
            Debtor and Debtor-in-        ) **CREDITORS; SUMMARY OF**
            Possession.                  ) **SCHEDULES; AMENDED**
                                         ) **SCHEDULES A, D, AND F;**
                                         ) **SCHEDULES B, C, E, G, H, I AND J;**
                                         ) **STATEMENT OF FINANCIAL**
                                         ) **AFFAIRS; CERTIFICATION OF**
                                         ) **EMPLOYMENT INCOME; CHAPTER**
                                         ) **11 STATEMENT OF CURRENT**
                                         ) **MONTHLY INCOME; AND AMENDED**
_____ ) **MAILING LIST**

**TO THE CLERK OF THE COURT:**

Attached hereto are the **DEBTOR'S AMENDED LIST OF TWENTY LARGEST**

**UNSECURED CREDITORS; SUMMARY OF SCHEDULES; AMENDED SCHEDULES A,**

**D, AND F; SCHEDULES B, C, E, G, H, I AND J; STATEMENT OF FINANCIAL**

**AFFAIRS; CERTIFICATION OF EMPLOYMENT INCOME; CHAPTER 11 STATEMENT**

1.

1    **OF CURRENT MONTHLY INCOME; AND AMENDED MAILING LIST** as required by 11

2    U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, and Local Bankruptcy Rule

3    1002-1(g).

4

5    DATED: November 12, 2009      Respectfully submitted,

6                                     JAMES ANDREW HINDS, JR.
                                    PAUL R. SHANKMAN

7                                     HANNA B. RAANAN
                                    THE LAW OFFICES OF JAMES ANDREW HINDS, JR.

8

9                                     By:    /s/   Paul R. Shankman,
                                              PAUL R. SHANKMAN

10                                   [Proposed] Attorneys for Debtor and Debtor-In-Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Paul R. Shankman, Esq.**<br>**Law Offices of James Andrew Hinds, Jr.**<br>**21515 Hawthorne Boulevard**<br>**Suite 1150**<br>**Torrance, CA 90503**<br>**(310) 316-0500 Fax: (310) 792-5977**<br>**SBN: 113608**<br>☒ *Attorney for:* Abdul Halim Sheikh, Chapter 11 Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>**Abdul Halim Sheikh**<br><br>Debtor(s). | CASE NO.: **2:09-bk-39652-AA**<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

| | | |
|---|---|---|
| ☐ | Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☒ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: **11/12/09** |
| ☐ | Other: _____ | Date Filed: _____ |

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____     **November 12, 2009**
*Signature of Signing Party*                              Date
**Abdul Halim Sheikh**
_____
*Printed Name of Signing Party*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____     **November 12, 2009**
*Signature of Attorney for Signing Party*            Date
**Paul R. Shankman**
_____
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    Abdul Halim Sheikh _____    Case No.    2:09-bk-39652-AA _____
                                                    Debtor(s)          Chapter    11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ACEC Consultants, Inc. Attention: Ramin Jaafarian 4199 Campus Drive, Suite 550 Irvine, CA 92612 | ACEC Consultants, Inc. Attention: Ramin Jaafarian 4199 Campus Drive, Suite 550 Irvine, CA 92612 | Oceanside Shopping Center Construction Consultation Fees | | 23,250.00 |
| Allied Inspection Services 1508 E. 1st Street Los Angeles, CA 90033 | Allied Inspection Services 1508 E. 1st Street Los Angeles, CA 90033 | Unpaid Debt | | 53,329.00 |
| American Express P.O. Box 0001 Los Angeles, CA 90096 | American Express P.O. Box 0001 Los Angeles, CA 90096 | Unpaid Debt | | 17,222.00 |
| American Express P.o. Box 0001 Los Angeles, CA 90096 | American Express P.o. Box 0001 Los Angeles, CA 90096 | Unpaid Debt | | 4,423.00 |
| American Express P.O. Box 0001 Los Angeles, CA 90096 | American Express P.O. Box 0001 Los Angeles, CA 90096 | Unpaid Debt | | 1,274.00 |
| Chase P.O. Box 94014 Palatine, IL 60094 | Chase P.O. Box 94014 Palatine, IL 60094 | Unpaid Debt | | 2,490.00 |
| Computer Alert Systems, Inc. 27570 Commerce Center Drive Suite 119 Temecula, CA 92590 | Computer Alert Systems, Inc. 27570 Commerce Center Drive Suite 119 Temecula, CA 92590 | Unpaid Debt | | 3,534.46 |
| Contractors & Developers Bonding 534 East Badillo Street Covina, CA 91723 | Contractors & Developers Bonding 534 East Badillo Street Covina, CA 91723 | Unpaid Debt | | 4,793.00 |
| Contractors & Developers Bonding 534 East Badillo Street Covina, CA 91723 | Contractors & Developers Bonding 534 East Badillo Street Covina, CA 91723 | Unpaid Debt | | 6,501.00 |
| Discover Card P.O. Box 6103 Carol Stream, IL 60197 | Discover Card P.O. Box 6103 Carol Stream, IL 60197 | Unpaid Debt | | 7,851.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Abdul Halim Sheikh**                                                Case No.    **2:09-bk-39652-AA**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| HSBC<br>P.O. Box 60136<br>City of Industry, CA 91716 | HSBC<br>P.O. Box 60136<br>City of Industry, CA 91716 | Unpaid Debt | | 5,800.00 |
| J.H. World Express, Inc.<br>c/o Ethan & Associates<br>800 N.Causeway, 3rd Floor<br>Mandeville, LA 70448 | J.H. World Express, Inc.<br>c/o Ethan & Associates<br>800 N.Causeway, 3rd Floor<br>Mandeville, LA 70448 | Unpaid Debt | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 40,559.00 |
| Jaynes Corporation of California<br>C/O Marks, Golia & Finch, LLP<br>8620 Spectrum Center Blvd #900<br>San Diego, CA 92123 | Jaynes Corporation of California<br>C/O Marks, Golia & Finch, LLP<br>8620 Spectrum Center Blvd #900<br>San Diego, CA 92123 | Unpaid Debt | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 859,170.43 |
| John Peters & Associates<br>112 Village Square West<br>Ridgway, CO 81432 | John Peters & Associates<br>112 Village Square West<br>Ridgway, CO 81432 | Unpaid Debt | | 1,330.00 |
| John Peters & Associates<br>112 Village Square West<br>Ridgway, CO 81432 | John Peters & Associates<br>112 Village Square West<br>Ridgway, CO 81432 | Unpaid Debt | | 760.00 |
| Lee & Associates<br>5872 Owens Avenue<br>Suite 200<br>Carlsbad, CA 92008 | Lee & Associates<br>5872 Owens Avenue<br>Suite 200<br>Carlsbad, CA 92008 | Unpaid Debt | | 4,806.75 |
| Lee & Associates<br>5872 Owens Avenue<br>Suite 200<br>Carlsbad, CA 92008 | Lee & Associates<br>5872 Owens Avenue<br>Suite 200<br>Carlsbad, CA 92008 | Unpaid Debt | | 36,270.00 |
| Lee & Associates<br>5872 Owens Avenue<br>Suite 200<br>Carlsbad, CA 92008 | Lee & Associates<br>5872 Owens Avenue<br>Suite 200<br>Carlsbad, CA 92008 | Unpaid Debt | | 7,344.93 |
| Superior Electrical Advertising,Inc<br>C/O Lindberg & Drill LLP<br>550 North Brand Blvd, Suite 1830<br>Glendale, CA 91203 | Superior Electrical Advertising,Inc<br>C/O Lindberg & Drill LLP<br>550 North Brand Blvd, Suite 1830<br>Glendale, CA 91203 | Complaint for Damanges: (1) Breach of Contract; (2) Common Counts; (3) Unjust Enrichment; (4) Foreclosure on Mechanic's Lien | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 19,236.84 |
| Valero<br>P.O. Box 631<br>Amarillo, TX 79105 | Valero<br>P.O. Box 631<br>Amarillo, TX 79105 | Unpaid Debt | | 830.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Abdul Halim Sheikh** _____        Case No.    **2:09-bk-39652-AA** _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, **Abdul Halim Sheikh**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **November 12, 2009** _____        Signature   **/s/ Abdul Halim Sheikh** _____

                                **Abdul Halim Sheikh**
                                Debtor

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Abdul Halim Sheikh** _____,    Case No. __**2:09-bk-39652-AA**__

_____ Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 19,594,500.00 | | |
| B - Personal Property | Yes | 5 | 17,933,514.36 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 13,048,947.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 4.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,103,419.02 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 36,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 61,620.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 37,528,014.36 | | |
| Total Liabilities | | | | 14,152,370.56 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Abdul Halim Sheikh**

Case No. **2:09-bk-39652-AA**

Debtor

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re      **Abdul Halim Sheikh**                                                    Case No.   **2:09-bk-39652-AA**
                                                                  Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274** | | C | 3,094,500.00 | 2,505,000.00 |
| **4253-4263 Oceanside Blvd**<br>**Oceanside, CA 92056** | | C | 16,500,000.00 | 10,100,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 19,594,500.00 | (Total of this page) |
| Total > | 19,594,500.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Abdul Halim Sheikh**                                        Case No.  **2:09-bk-39652-AA**
                                                                          ,
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | 2733 Via Miguel<br>Palos Verdes Estates, CA 90274 | C | 1,700.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan Chase Bank<br>2209 Via Anacapa<br>Palos Verdes Estates, CA 90274<br>Checking Acct. No. 8712831911 | C | 256.12 |
| | | East West Bank<br>27421 Hawthorne Boulevard<br>Palos Verdes Peninsula, CA 90274<br>Account No. 21112594 | C | 22.96 |
| | | East West Bank<br>27421 Hawthorne Blvd<br>Palos Verdes Peninsula, CA 90274<br>Checking Acct. No. 21112743 | C | 636.09 |
| | | Citi Bank<br>P.O. Box 769007<br>San Antonio, Texas 78245<br>Account No. 40044078711 | C | 0.01 |
| | | Citi Bank<br>P.O. Box 769007<br>San Antonio, TX 78245<br>Account No. 40049572890 | C | 2,161.47 |
| | | Citi Bank<br>P.O. Box 769007<br>San Antonio, TX 78245<br>Account No. 40055569764 | C | 4,114.32 |
| | | JP Morgan Chase Bank<br>2209 Via Anacapa<br>Palos Verdes Estates, CA 90274<br>Checking Acct. No. 1774377171 | C | 745.53 |

Sub-Total >        **9,636.50**
(Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Abdul Halim Sheikh**                                                    ,          Case No.   **2:09-bk-39652-AA**
_____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Cal National Bank**<br>**22150 Hawthorne Blvd., Suite A**<br>**Torrance, CA 90503**<br>**Checking Account No. 0015630890** | C | 63.77 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **SDG&E**<br>**4263 Oceanside Blvd (House Meters B&C)**<br>**Oceanside, CA 92056**<br>**Accout No's. 0273-467-5756 & 9816-832-1842** | C | 75.00 |
| | | **4259 Oceanside Blvd (House meter A)**<br>**Oceanside CA, 92056**<br>**Account No. 5394-308-5873** | | |
| | | **AT&T**<br>**4253-4263 Oceanside Blvd**<br>**Oceanside, CA 92056**<br>**These are the Telephone Lines for Monitoring**<br>**1)Fire Alarms for Building A B & C (4253-4259 4263 Oceanside Blvd)**<br>**2)Elevator Phone**<br>**Accout No's. 760-758-8026-463-6 &**<br>**760-758-3547-642-6** | C | 100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274** | C | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274**<br><br>**Rugs & Small Miscellaneous** | C | 900.00 |
| 6. Wearing apparel. | | **Men's and Women's Clothing located at residence:**<br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274** | C | 3,000.00 |
| 7. Furs and jewelry. | | **2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274**<br>**Wedding Rings & Small Miscellaneous Jewelry** | C | 1,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                    Sub-Total >        7,638.77
                                                    (Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Abdul Halim Sheikh**                                          Case No.   **2:09-bk-39652-AA**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Farmer's Life Insurance Policy No. 004086358T 3003 77th Avenue S.E. Mercer Island, WA 92040-2890 ($75,000) Face Value ($95,000) Death Benefit ($20,000) Surrender** | C | 20,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Pension Planners C/O Kamal Dean 9700 Business Park Dr Suite 102 Sacramento, CA 95827 Account NO. 813-00842 (Pledged as security for loan to East West Bank/Oaktree Investment Fund LLC** | C | 99,669.09 |
| | | **Oceanside Shopping & Business Center, LLC (100% Owner) 4259 Oceanside Blvd. Oceanside, CA 92054** **100% Owner** | C | 16,500,000.00 |
| | | **Food USA, LLC, fka U.S. West Coast International, Inc., dba Food USA 31244 Palos Verdes Drive West, Suite 239 Rancho Palos Verdes, CA 90275** **100% Owner** | C | 500,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >      **17,119,669.09**
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Abdul Halim Sheikh**                                                        Case No.  **2:09-bk-39652-AA**
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | Improvement Bonds (C.D.)<br>4253 Oceanside Blvd<br>Oceanside, CA 92056<br>$25,000<br>$7,235<br>$6,417<br>$3,618<br><br>**(Held by City of Oceanside, CA as collateral for completion Oceanside Shopping & Business Center. Debtor intends to seek turnover of same, in light of substantial completion of Center.)** | C | 42,270.00 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims for Lender Liability and Fraud Vs. East West Bank and Jaynes Corporation<br>Estimated at least $720,000.00 in Compenssatory Damages plus Punitive Damages to be proven at trial. | C | 720,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

                                                                    Sub-Total >        762,270.00
                                                                    (Total of this page)

Sheet  __3__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Abdul Halim Sheikh**                                                      Case No.    **2:09-bk-39652-AA**
                                                                    ,
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274**<br>**2006 Mercedes Benz 350 M.L. - $19,000**<br>**2006 Toyota Highlander - $10,000 Secured to**<br>**Western Financial (See Schedule D)**<br>**2000 Toyota 4-Runner - $1,000**<br>**1998 Mercedes Benz 500 SL - $3,000**<br>**1987, 1987, 1991 Company Vans - $1,000** | C | 34,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 Desks, 5 Chairs**<br>**31244 Palos Verdes Drive West**<br>**Rancho Palos Verdes, CA 90275** | C | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **34,300.00**
(Total of this page)
Total >    **17,933,514.36**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Abdul Halim Sheikh**                                                    Case No.    **2:09-bk-39652-AA**
                                        _____
                                                Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐  11 U.S.C. §522(b)(2)
■  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **2733 Via Miguel** | C.C.P. § 703.140(b)(5) | 1,700.00 | 1,700.00 |
| **Palos Verdes Estates, CA 90274** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **JP Morgan Chase Bank** | C.C.P. § 703.140(b)(5) | 256.12 | 256.12 |
| **2209 Via Anacapa** | | | |
| **Palos Verdes Estates, CA 90274** | | | |
| **Checking Acct. No. 8712831911** | | | |
| | | | |
| **East West Bank** | C.C.P. § 703.140(b)(5) | 22.96 | 22.96 |
| **27421 Hawthorne Boulevard** | | | |
| **Palos Verdes Peninsula, CA 90274** | | | |
| **Account No. 21112594** | | | |
| | | | |
| **East West Bank** | C.C.P. § 703.140(b)(5) | 636.09 | 636.09 |
| **27421 Hawthorne Blvd** | | | |
| **Palos Verdes Peninsula, CA 90274** | | | |
| **Checking Acct. No. 21112743** | | | |
| | | | |
| **Citi Bank** | C.C.P. § 703.140(b)(5) | 0.01 | 0.01 |
| **P.O. Box 769007** | | | |
| **San Antonio, Texas 78245** | | | |
| **Account No. 40044078711** | | | |
| | | | |
| **Citi Bank** | C.C.P. § 703.140(b)(5) | 2,161.47 | 2,161.47 |
| **P.O. Box 769007** | | | |
| **San Antonio, TX 78245** | | | |
| **Account No. 40049572890** | | | |
| | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **SDG&E** | C.C.P. § 703.140(b)(5) | 75.00 | 75.00 |
| **4263 Oceanside Blvd (House Meters B&C)** | | | |
| **Oceanside, CA 92056** | | | |
| **Accout No's. 0273-467-5756 & 9816-832-1842** | | | |
| | | | |
| **4259 Oceanside Blvd (House meter A)** | | | |
| **Oceanside CA, 92056** | | | |
| **Account No. 5394-308-5873** | | | |
| | | | |
| **AT&T** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **4253-4263 Oceanside Blvd** | | | |
| **Oceanside, CA 92056** | | | |
| **These are the Telephone Lines for Monitoring** | | | |
| **1)Fire Alarms for Building A B & C (4253-4259** | | | |
| **4263 Oceanside Blvd)** | | | |
| **2)Elevator Phone** | | | |
| **Accout No's. 760-758-8026-463-6 &** | | | |
| **760-758-3547-642-6** | | | |

_____1_____  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re     __Abdul Halim Sheikh__                                          ,        Case No.   __2:09-bk-39652-AA__
                                                                Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings**<br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274** | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274**<br><br>**Rugs & Small Miscellaneous** | C.C.P. § 703.140(b)(5) | 900.00 | 900.00 |
| **Wearing Apparel**<br>**Men's and Women's Clothing located at**<br>**residence:**<br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274** | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Furs and Jewelry**<br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274**<br>**Wedding Rings & Small Miscellaneous Jewelry** | C.C.P. § 703.140(b)(4)<br>C.C.P. § 703.140(b)(5) | 1,350.00<br>150.00 | 1,500.00 |
| **Interests in Insurance Policies**<br>**Farmer's Life Insurance**<br>**Policy No. 004086358T**<br>**3003 77th Avenue S.E.**<br>**Mercer Island, WA 92040-2890**<br>**($75,000) Face Value**<br>**($95,000) Death Benefit**<br>**($20,000) Surrender** | C.C.P. § 703.140(b)(7) | 20,000.00 | 20,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274**<br>**2006 Mercedes Benz 350 M.L. - $19,000**<br>**2006 Toyota Highlander - $10,000 Secured to**<br>**Western Financial (See Schedule D)**<br>**2000 Toyota 4-Runner - $1,000**<br>**1998 Mercedes Benz 500 SL - $3,000**<br>**1987, 1987, 1991 Company Vans - $1,000** | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,300.00<br>15,822.34 | 34,000.00 |
| **Office Equipment, Furnishings and Supplies**<br>**2 Desks, 5 Chairs**<br>**31244 Palos Verdes Drive West**<br>**Rancho Palos Verdes, CA 90275** | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| | Total: | 51,773.99 | 66,651.65 |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Abdul Halim Sheikh**                                    ,     Case No.   **2:09-bk-39652-AA**
_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **Abdul-Halim Sheikh**<br><br>**A&M Reinforcing Specialists, Inc.**<br>14270 Olde Hwy 80<br>El Cajon, CA 92021 | | | | C | 9/10/09<br><br>Mechanic's Lien<br><br>Oceanside Marketplace<br>4259 Oceanside Blvd.<br>Oceanside, CA 92563 | | | | | |
| | | | | | Value $             16,500,000.00 | | | | 34,091.70 | 0.00 |
| Account No. **xxxx-xxx6615**<br><br>**Apptek Commercial, Inc.**<br>10685 Roselle Street<br>#200<br>San Diego, CA 92121 | | | | C | 8/25/09<br><br>Mechanic's Lien<br><br>4259 Oceanside Blvd<br>Oceanside, CA 92054 | | | | | |
| | | | | | Value $             16,500,000.00 | | | | 41,773.60 | 0.00 |
| Account No. **Abdul-Halim Sheikh**<br><br>**Baron Brothers Nursery, Inc.**<br>7568 Santa Rosa Road<br>Camarillo, CA 93012 | | | | C | 9/30/09<br><br>Mechanic's Lien<br><br>4253 Oceanside Blvd<br>Oceanside, CA 92056 | | | | | |
| | | | | | Value $             16,500,000.00 | | | | 5,246.29 | 0.00 |
| Account No. **Abdul-Halim Sheikh**<br><br>**Beach Cities Landscape, Inc.**<br>8911 Olive Drive<br>Spring Valley, CA 91977 | | | | C | 9/30/09<br><br>Mechanic's Lien<br><br>4253 Oceanside Blvd<br>Oceanside, CA 92056 | | | | | |
| | | | | | Value $             16,500,000.00 | | | | 17,987.04 | 0.00 |
| **3**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 99,098.63 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  __Abdul Halim Sheikh__                                          Case No.  __2:09-bk-39652-AA__
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Abdul Halim Sheikh**<br><br>**Bio Clean Environmental Services,**<br>**P.o. Box 869**<br>**Oceanside, CA 92049** | | C | 9/28/09<br><br>**Mechanic's Lien**<br><br>**4253-4263 Oceanside Blvd**<br>**Oceanside, CA 92056** | | | | | |
| | | | Value $ 16,500,000.00 | | | | 4,757.81 | 0.00 |
| Account No. **xxxxxx7550**<br><br>**Chase (WAMU)**<br>**P.O. Box 78148**<br>**Phoenix, AZ 85062** | | C | 2008-2009<br><br>**First Mortgage**<br><br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274** | | | | | |
| | | | Value $ 3,094,500.00 | | | | 2,400,000.00 | 0.00 |
| Account No. **xxxxxx0149**<br><br>**Chase (WAMU)**<br>**P.O. Box 8148**<br>**Phoenix, AZ 85062** | | C | 9/3/09<br><br>**Seond Deed of Trust**<br><br>**2733 Via Miguel**<br>**Palos Verdes Estates, CA 90274** | | | | | |
| | | | Value $ 3,094,500.00 | | | | 105,000.00 | 0.00 |
| Account No. **Abdul-Halim Sheikh**<br><br>**East West Bank/OakTree Equities Inc**<br>**OakTree Investment Fund LLC**<br>**16530 Ventura Blvd # 601**<br>**Encino, CA 91436** | | - | 2008-2009<br><br>**First Mortgage**<br><br>**4253-4263 Oceanside Blvd**<br>**Oceanside, CA 92056** | X | X | X | | |
| | | | Value $ 16,500,000.00 | | | | 10,100,000.00 | 0.00 |
| Account No. **Abdul-Halim Sheikh**<br><br>**F.J. Willert Contracting Co., Inc.**<br>**1869 Nirvana Avenue**<br>**Chula Vista, CA 91911** | | C | 9/23/09<br><br>**Mechanic's Lien**<br><br>**4253 Oceanside Blvd**<br>**Oceanside, CA 92056** | | | | | |
| | | | Value $ 16,500,000.00 | | | | 84,558.33 | 0.00 |

Sheet __1__ of __3__   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   12,694,316.14   0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Abdul Halim Sheikh__                                                      Case No. __2:09-bk-39652-AA__
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxx6680** | | | 10/16/09 | | | | | |
| Imperial Sprinkler Supply, Inc. 1485 N. Manassero Street Anaheim, CA 92807 | | C | Mechanic's Lien 4259 Oceanside Blvd Oceanside, CA 92054 | | | | | |
| | | | Value $         16,500,000.00 | | | | 1,237.37 | 0.00 |
| Account No. **Abdul-Halim Sheikh** | | | 9/10/09 | | | | | |
| Lyons Masonry, Inc. 2254 La Cresta Road El Cajon, CA 92021 | | C | Mechanic's Lien 4253 Oceanside Blvd Oceanside CA, 92056 | | | | | |
| | | | Value $         16,500,000.00 | | | | 24,273.00 | 0.00 |
| Account No. **Abdul-Halim Sheikh** | | | 10/21/09 | | | | | |
| Overson Corporation P.O. Box 1055 Lakeside, CA 92040 | | C | Mechanic's Lien 4259 Oceanside Blvd Oceanside, CA 92054 | | | | | |
| | | | Value $         16,500,000.00 | | | | 58,837.56 | 0.00 |
| Account No. **Oceeanside Shopping & Bus Ctr** | | | 6/9/09 | | | | | |
| R&C Structures, Inc. 1615 La Mirada Drive San Marcos, CA 92078 | | C | Mechanic's Lien 4259 Oceanside Blvd Oceanside, CA | | | | | |
| | | | Value $         16,500,000.00 | | | | 3,545.00 | 0.00 |
| Account No. **xxxxx/xx0416** | | | 9/30/09 | | | | | |
| Robertson's P.O. Box 3600 Corona, CA 92878 | | C | Mechanic's Lien 4259 Oceanside Blvd Oceanside, CA 92054 | | | | | |
| | | | Value $         16,500,000.00 | | | | 14,565.59 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                      102,458.52        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Abdul Halim Sheikh**                                                    Case No.  **2:09-bk-39652-AA**

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxx-xxx1181** | | | | | 10/8/09 | | | | | |
| Soil Pacific, Inc. 675 N. Echhoff Street Suite A Orange, CA 92868 | | | C | | Mechanic's Lien<br><br>4259 Oceanside Blvd Oceanside, CA 92563 | | | | | |
| | | | | | Value $          16,500,000.00 | | | | 21,190.00 | 0.00 |
| Account No. **Abdul-Halim Sheikh** | | | | | 9/10/09 | | | | | |
| Sunny Slope Trees 4025 E. La Palma Avenue Suite 203 Anaheim, CA 92807 | | | C | | Mechanic's Lien<br><br>Oceanside Marketplace & Business Center Project.  Locate at SE C/O Oceanside Blvd & Arroyo Avenue | | | | | |
| | | | | | Value $          16,500,000.00 | | | | 761.25 | 0.00 |
| Account No. **xxxx-xxx3704** | | | | | 9/2/2009 | | | | | |
| Thunder-Jones Contracting Group,Inc 2515 Pioneer Avenue Suite 1 Vista, CA 92081 | | | C | | Mechanic's Lien<br><br>4259 Oceanside Blvd Oceanside, CA 92563 | | | | | |
| | | | | | Value $          16,500,000.00 | | | | 121,123.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 143,074.25 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 13,038,947.54 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Abdul Halim Sheikh**                                                              Case No.   **2:09-bk-39652-AA**
                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>       1       </u>  continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  __Abdul Halim Sheikh_____,    Case No.  __2:09-bk-39652-AA_____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Abdul Halim Sheikh**<br><br>**Employment Development Dept. Tax Collection Section MIC92E P.O. Box 826203 Sacramento, CA 94230-6203** | C | | **2008-2009**<br><br>**Listed as a precaution only.** | X | X | X | | 0.00 |
| | | | | | | | 1.00 | 1.00 |
| Account No. **Abdul Halim Sheikh**<br><br>**Franchise Tax Bd., CA Bankruptcy Unit MS G-11 P.O. Box 2952 Sacramento, CA 95812-2951** | C | | **2008-2009**<br><br>**Listed as a precaution only.** | X | X | X | | 0.00 |
| | | | | | | | 1.00 | 1.00 |
| Account No. **Abdul Halim Sheikh**<br><br>**IRS Special Procedures Function 300 N. LA Street, Rm. 4062 Federal Building (Stop 5002) Los Angeles, CA 90012** | C | | **2008-2009**<br><br>**Listed as a precaution only.** | X | X | X | | 0.00 |
| | | | | | | | 1.00 | 1.00 |
| Account No. **Abdul Halim Sheikh**<br><br>**State Board of Equalization Supervisor of Collections P.O. Box 942879 Sacramento, CA 95808** | C | | **2008-2009**<br><br>**Listed as a precaution only.** | X | X | X | | 0.00 |
| | | | | | | | 1.00 | 1.00 |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 4.00 | 4.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 4.00 | 4.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy