JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HANNA B. RAANAN (SBN 261014)
hraanan@jhindslaw.com
LAW OFFICE OF JAMES ANDREW HINDS, JR.
21515 Hawthorne Blvd.
Suite 1150
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Abdul Halim Sheikh, Chapter 11
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ABDUL HALIM SHEIKH,<br><br>Debtor and Debtor-in-Possession. | CASE NO. 2:09-bk-39652-AA<br><br>(Chapter 11)<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIMS AND INTERESTS**<br><br>DATE:    [No Hearing Requested]<br>TIME:<br>PLACE:   Courtroom 1375<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>**BAR DATE: JANUARY 29, 2010** |

**TO ALL CREDITORS AND PARTIES-IN-INTEREST:**

**NOTICE OF CLAIMS BAR DEADLINE**

The Bankruptcy Court has set a deadline of **JANUARY 29, 2010** for creditors of or parties with interest in the Estate of Abdul Halim Sheikh, the Debtor and Debtor-In-Possession (hereinafter referred to as the "Debtor") in this pending chapter 11 case to file proofs of claim against or proofs of interest in the Debtor's Estate.

1.

NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIMS AND INTERESTS

The exceptions to this deadline for filing proofs of claims or interest are: (1) claims arising from rejection of executory contracts of unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) January 29, 2009, whichever is later.

For claims of "governmental units," as the term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed (a) before 180 days after the date of the Order for Relief in this case, or (b) by January 29, 2009, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is 30 days after the entry of judgment avoiding the transfer, or (b) January 29, 2009, whichever is later.

If you are listed in the Schedules of Assets and Liabilities of the Debtor and your claim or interest is not scheduled as "disputed," "contingent," "unliquidated," or "unknown," your claim or interest is deemed filed in the amount set forth in the Schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct. 11 U.S.C. § 1111(a).

If your claim is **NOT** listed on the Schedules or is scheduled as "disputed," "contingent," "unliquidated," or "unknown," or if you disagree with the amount or

/ / /

description scheduled for your claim or interest, you **MUST FILE A PROOF OF CLAIM OR INTEREST**.

Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan or reorganization without further notice of hearing.  11 U.S.C. §502(b)(9).  Creditors and interest holders may wish to consult an attorney to protect their rights.

Any proof of claim or interest previously filled with the Clerk of the Bankruptcy Court prior to the mailing of this Notice shall be deemed to be and shall be treated as properly filed proof of claim or interest, subject to the right of the Debtor and/or any party-in-interest to object to the allowance thereof.

Copies of the proof of claim form have previously been sent to you by the Court on the back of the Notice of Commencement of Case Under Chapter 11 of the Bankruptcy Court.  However, proof of interest forms and additional copies of proof of claim forms may be obtained from the Office of the Clerk of the Bankruptcy Court for the Central District of California.

Proofs of claim or interest must be timely filed by **JANUARY 29, 2009** with:
    The Clerk of the Bankruptcy Court for the Central District of California
    Roybal Federal Building
    255 East Temple Street, Rm. # 940
    Los Angeles, CA 90012

Additionally, you must serve a copy of the proof of claim or interest on Debtor's counsel at the following address:

/ / /

1 | James Andrew Hinds, Jr., Esq.
2 | Paul R. Shankman, Esq.
3 | Hanna B. Raanan, Esq.
4 | Law Offices of James Andrew Hinds, Jr.
5 | 21515 Hawthorne Blvd., Ste. 1150
6 | Torrance, CA 90503

Any person or entity desiring to verify the accuracy of its scheduled claim or interest, if any, may consult the files of the Clerk of the Bankruptcy Court. Should you be uncertain as to whether it is necessary for you to file a proof of claim or interest, please consult your own attorney.

DATED: December 17, 2009

JAMES ANDREW HINDS, JR.
PAUL R. SHANKMAN
HANNA B. RAANAN
THE LAW OFFICES OF JAMES ANDREW HINDS, JR.

By:   /s/ Paul R. Shankman
      PAUL R. SHANKMAN
Attorneys for Abdul Halim Sheikh, Debtor and Debtor-in-Possession

| In re:                | CHAPTER 11 |
| ABDUL HALIM SHEIKH,   |            |
|              Debtor(s). | CASE NUMBER 2:09-bk-39652 AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: LAW OFFICES OF JAMES ANDREW HINDS, JR., 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIMS AND INTERESTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 17, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- James Andrew Hinds    jhinds@jhindslaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Dare Law    dare.law@usdoj.gov
- Hanna B Raanan    hbraanan@gmail.com
- Paul R Shankman    pshankman@jhindslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 17, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 17, 2009 | Rodaba S. Farid | /s/ RODABA S. FARID |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1

| In re: | CHAPTER 11 |
| ABDUL HALIM SHEIKH,                                     Debtor(s). | CASE NUMBER 2:09-bk-39652 AA |

**Served Via Federal Express:**

Law Clerk to Honorable Alan M. Ahart
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

**Served Via U.S. Mail:**

Abdul Halim Sheikh
2733 Via Miguel
Palos Verdes Estates, CA 90274-4480

A&M Reinforcing Specialists, Inc.
14270 Olde Hwy 80
El Cajon, CA 92021

Allison N. Cooper
8620 Spectrum Center Blvd
Suite 900
San Diego, CA 92123

American Express
P.O. Box 0001
Los Angeles, CA 90096

Apptek Commercial, Inc.
10685 Roselle Street
#200
San Diego, CA 92121

Athens Services
14048 E. Valley Blvd.
City of Industry, CA 91746

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                       F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| ABDUL HALIM SHEIKH, Debtor(s). | CASE NUMBER 2:09-bk-39652 AA |

AT&T Mobility
P.O. Box 60017
Los Angeles, CA 90060-0017

AT&T
California Payment Center
Sacramento, CA 95887-0001

Capital One
P.O. Box 60599
City Of Industry, CA 91716

California Water Service
2632 West 237th Street
Torrance, CA 90505-5272

City of Oceanside
300 North Coast Highway
Oceanside, CA 92054

Cox
P.O. Box 79171
Phoenix, AZ 85062-9171

Dennis M. Murphy, CPA
630 N. Rosemead Blvd., Suite 100
Pasadena, CA 91107

Chase
P.O. Box 94014
Palatine, IL 60094

Chase WAMU
P.O. Box 78148
Phoenix, AZ 85062

Chase WAMU
P.O. Box 8148
Phoenix, AZ 85062

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: ABDUL HALIM SHEIKH, Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-39652 AA |
|---|---|

Chevron
P.O. Box 530950
Atlanta, GA 30353

Discover Card
P.O. Box 6103
Carol Stream, IL 60197

East West Bank/OakTree Equities Inc
OakTree Investment Fund LLC
16530 Ventura Blvd # 601
Encino, CA 91436

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Ethan & Associates
800 N. Causeway Blvd
3rd Floor
Mandeville, LA 70448

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

HSBC
P.O. Box 60136
City of Industry, CA 91716

Imperial Sprinkler Supply, Inc.
1485 N. Manassero Street
Anaheim, CA 92807

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>ABDUL HALIM SHEIKH,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-39652 AA |
|---|---|

J.H. World Express, Inc.
c/o Ethan & Associates
800 N.Causeway, 3rd Floor
Mandeville, LA 70448

Jaynes Corporation of California
C/O Marks, Golia & Finch, LLP
8620 Spectrum Center Blvd #900
San Diego, CA 92123

Juniper
P.O. Box 13337
Philadelphia, PA 19101

OakTree Investment Fund LLC
Kenneth H. Stone, Esq.
The Fletcher Building
624 Broadway
San Diego, CA 92101

OakTree Investment Fund LLC
c/o J. Scott Bovitz, Esq.
Bovitz & Spitzer
880 West First Street
Suite 502
Los Angeles, California 90012-2430

Kohl's
P.O. Box 30510
Los Angeles, CA 90030

L.A. County Tax Collector
Bankruptcy Unit
2615 S. Grand
Los Angeles, CA 90007-2608

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: | | CHAPTER 11 |
|---|---|---|
| ABDUL HALIM SHEIKH, | Debtor(s). | CASE NUMBER 2:09-bk-39652 AA |

Overson Corporation
P.O. Box 1055
Lakeside, CA 92040

P. Randolph Finch Jr.
8620 Spectrum Center Blvd, Suite 900
San Diego, CA 92123

PentaGroup Financial LLC
P.O. Box 742209
Houston, TX 77274

Peter F. Lindberg
Lindberg & Drill, LLP
550 N. Brand Blvd Suite 1830
Glendale, CA 91203

Robertson's
P.O. Box 3600
Corona, CA 92878

Sam's Club
P.O. Box 530942
Atlanta, GA 30353

San Diego Gas & Electric
P.O. Box 2511
Santa Ana, CA 92799-5111

Southern California Gas Company
P.O. Box C
Monterey Park, CA 91756

Southern California Edison
P.O. Box 600
Rosemead, CA 91771-0001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>ABDUL HALIM SHEIKH,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-39652 AA |
|---|---|

Securities and Exchange Commission
5670 Wilshire Avenue, 11th Floor
Los Angeles, CA 90036-5627

Soil Pacific, Inc.
675 N. Echhoff Street
Suite A
Orange, CA 92868

Superior Electrical Advertising, Inc
C/O Lindberg & Drill LLP
550 North Brand Blvd, Suite 1830
Glendale, CA 91203

Thunder-Jones Contracting Group, Inc
2515 Pioneer Avenue
Suite 1
Vista, CA 92081

Tri-Signal Integration, Inc.
12701 Encinitas Ave.
Sylmar, CA 91342

Valero
P.O. Box 631
Amarillo, TX 79105

Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054

Western Financial
P.O. Box 91420
City Of Industry, CA 91715

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1