JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HANNA B. RAANAN (SBN 261014)
hrannan@jhindslaw.com
LAW OFFICES OF JAMES ANDREW HINDS, JR.
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Attorneys for Abdul Halim Sheikh, Chapter 11
Debtor and Debtor-In-Possession

**FILED & ENTERED**

**JAN 03 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY malcala  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ABDUL HALIM SHEIKH,<br><br>Debtor. | Case No.   2:09-bk-39652-AA<br><br>(Chapter 11)<br><br>**ORDER APPROVING** THIRD **AMENDED DISCLOSURE STATEMENT** AND PLAN OF REORGANIZATION<br><br>Date:    December 22, 2010<br>Time:   11:00 a.m.<br>Place:   CTRM #1375, 13th Floor |

Based upon review and consideration of the documents filed and based on the representation that certain changes agreed-to at the hearings on approval of the Debtor's Third Amended Disclosure Statement would be made, the Court **orders** that:

1. **The Third Amended Disclosure Statement and Plan of Reorganization (the "Plan"), as may be revised in accordance with the next paragraph, is approved as containing adequate information.**

2. **The Debtor is authorized to make changes required at the December 15 and 22-hearings and to make such modification and corrections to the Third Amended Disclosure Statement and Plan as are required by the changed facts discussed at the hearings on December 15 and 22, 2010.**

3. **Each holder of a claim may accept or reject the Plan until 21 days after service on said holder of the Plan with an accompanying ballot.**

4. **The debtor shall comply with the applicable provisions of FRBP 3017, including subdivision (d).**



DATED: January 3, 2011

United States Bankruptcy Judge

| In re: | | Chapter 11 |
|---|---|---|
| ABDUL HALIM SHEIKH, | Debtor(s). | Case No.: 2:09-bk-39652-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: LAW OFFICES OF JAMES ANDREW HINDS, JR., 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described as: **PROPOSED ORDER APPROVING FOURTH AMENDED DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION AND APPROVING THE FORM, SCOPE, AND NATURE OF SOLICITATION AND SETTING RELATED CONFIRMATION PROCEDURES, DEADLINES, AND NOTICES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Law Clerk to the Honorable Alan M. Ahart (Via Federal Express)
United States Bankruptcy Judge
255 East Temple Street, Ste. 1382
Los Angeles, CA 90012

X  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ,I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 22, 2010 | RODABA SADOZAI | /S/RODABA SODOZAI |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Parties Served Via First Class Mail:**

Abdul Halim Sheikh
2733 Via Miguel
Palos Verdes Estates, CA 90274-4480

Kenneth H. Stone, Esq.
The Fletcher Building
624 Broadway
San Diego CA 92101

**NOTE TO USERS OF THIS FORM**:

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER APPROVING FOURTH AMENDED DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION AND APPROVING THE FORM, SCOPE, AND NATURE OF SOLICITATION AND SETTING RELATED CONFIRMATION PROCEDURES, DEADLINES, AND NOTICES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 3, 2010 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresse(s) indicated below:

- Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Allison N Cooper    acooper@mgfllp.com, amonian@mgfllp.com
- Dina Farhat    farhatdina@yahoo.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- James Andrew Hinds    jhinds@jhindslaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Dare Law    dare.law@usdoj.gov
- Abel Ortiz    Abel.ortiz@kts-law.com, Kristyann.brodecki@kts-law.com
- Hanna B Raanan    hbraanan@gmail.com
- Paul R Shankman    pshankman@jhindslaw.com
- Gary E Slater    ges@slatertruxaw.com
- Randye B. Soref    rsoref@buchalter.com, IFS_filing@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒    Service information continued on attached page

**<u>Parties Served Via First Class Mail:</u>**

Abdul Halim Sheikh
2733 Via Miguel
Palos Verdes Estates, CA 90274-4480

Kenneth H. Stone, Esq.
The Fletcher Building
624 Broadway
San Diego CA 92101

**<u>Parties Served Via First Class Mail:</u>**